**William W. DEBEAORD, Jr., Claimant–Appellant,**

v.

**Anthony J. PRINCIPI, Secretary of Veterans Affairs, Respondent–Appellee.**

No. 02–7342.

United States Court of Appeals, Federal Circuit.

DECIDED: Oct. 21, 2004.

ORDER

Pursuant to the Court's letter dated September 27, 2004,

IT IS ORDERED THAT:

This appeal is dismissed.

**Randolph THOMAS, Petitioner,**

v.

**DEPARTMENT OF THE ARMY, Respondent.**

No. 04–3467.

United States Court of Appeals, Federal Circuit.

Oct. 25, 2004.

ORDER

Order Vacated, See 115 Fed.Appx. 75, 2004 WL 2852389.

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) and to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**Frank A. MCDONALD, Claimant–Appellant,**

v.

**Anthony J. PRINCIPI, Secretary of Veterans Affairs, Respondent–Appellee.**

No. 02–7055.

United States Court of Appeals, Federal Circuit.

DECIDED: Oct. 25, 2004.

ORDER

Pursuant to the Court's letter dated September 27, 2004,

IT IS ORDERED THAT:

This appeal is dismissed.